UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. IVANNE VAZQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING INC.,,<br><br>　　　　　Defendant. | Case No.  15-cv-00163-KAW<br><br>ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA<br><br>Re: Dkt. No. 1 |

　　　　The above-captioned case was improperly filed in the United States District Court for the Northern District of California.  Plaintiff's claims arise from events that occurred in Yuba City, which is located in the Eastern District of California.  Accordingly, the Clerk shall TRANSFER this action to the United States District Court for the Eastern District of California, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 84(b), 1391(b), 1406(a).

　　　　IT IS SO ORDERED.

Dated: January 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge